**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11    AVIVA SPORTS, INC., a Minnesota                No. C 10-80249 MISC WHA
      corporation,
12
                   Plaintiff,
13                                                   **ORDER SETTING DEADLINE**
        v.                                           **FOR JOINT FORM OF ORDER**
14
      FINDERHUT DIRECT MARKETING,
15    INC., a Delaware corporation, MENARD,
      INC., a Wisconsin corporation, KMART
16    CORPORATION, a Michigan corporation,
      WAL-MART STORES, INC., a Delaware
17    corporation dba Wal-Mart and Sam's Club,
      and MANLEY TOYS, LTD., a Hong Kong
18    corporation dba Manley Toys and
      ToyQuest,
19
                   Defendants.
20    _____/

21    AND RELATED CROSS-ACTIONS.
      _____/
22

23          As stated at the hearing, the parties shall memorialize and capture today's rulings in a

24    joint form of order to be submitted no later than **NOON ON MONDAY, NOVEMBER 1, 2010**.

25

26          **IT IS SO ORDERED.**

27

28    Dated:  October 28, 2010.
                                                     WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE